UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALEXANDER GOMEZ,

                                       No. 20 CV 6548-LTS-SN

                        Plaintiff,

               -against-                         ORDER

620 EAST 6TH STREET RESTAURANT
LLC, et al.,

                        Defendants.
-------------------------------------------------------x

           On November 16, 2020, certificates of default were entered in this matter.  (Docket Entry Nos. 15 and 16.)  Plaintiff's attention is directed to the default judgment motion practice provisions of the Individual Practices rules of the undersigned, located on the Court's webpage.  If no request for permission to move for a default judgment has been filed (with a copy mailed to the defendant) by February 5, 2021, Plaintiff must file a status report by February 12, 2021.  If such timely filings are not made, this action may be dismissed with prejudice and without further advance notice for failure to prosecute.


      SO ORDERED.

Dated: New York, New York
        December 16, 2020


                                     /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                United States District Judge