```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GOMEZ,                                                             :
                                                                   :
             -v-                                                   :    20-CV-6548 (LTS) (SN)
                                                                   :
620 EAST 6TH STREET RESTAURANT LLC, et al.,                        :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

## ORDER

On February 18, 2021, the Court issued two conflicting orders extending the time in which Plaintiff could move for default judgment.  (See Docket Entry Nos. 19, 20.)  The order entered at Docket Entry No. 20 is hereby vacated, and the time in which Plaintiff may move for default judgment is hereby extended to March 15, 2021.


SO ORDERED.


Dated: February 18, 2021                  ___ _____/s/ Laura Taylor Swain_____
       New York, New York                            Laura Taylor Swain
                                                     United States District Judge