UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GOMEZ,

     -v-                                                        20-CV-6548 (LTS) (SN)

620 EAST 6TH STREET RESTAURANT LLC, et al.,

                         Defendant.
-----------------------------------------------------------------------X

## ORDER

On February 17, 2021, the Court extended the time in which Plaintiff could move for default judgment to March 15, 2021.  (See Docket Entry No. 19.)  No motion for default judgment having been filed, Plaintiff is hereby directed to show cause, in writing filed by **Wednesday, March 24, 2021**, why this matter should not be dismissed with prejudice.

     SO ORDERED.

Dated: March 22, 2021
       New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge